[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-13064
Non-Argument Calendar
_____

D.C. Docket No. 1:93-cr-00123-DTKH-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARK FRANCIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(February 6, 2019)

Before WILLIAM PRYOR, JORDAN and GRANT, Circuit Judges.

PER CURIAM:

Charles G. White, appointed counsel for Mark Francis, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the reduction of Francis's sentence pursuant to 18 U.S.C. § 3582(c)(2) is **AFFIRMED**.